# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DONNA POLYNICE**
    Plaintiff
  vs.                              CASE NUMBER: 8:12-CV-1381 (DNH/ATB)

**CAROLYN W. COLVIN**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision is AFFIRMED. Plaintiff's complaint is DISMISSED in its entirety. Plaintiff's letter motion requesting "Consideration of Subsequent Fully Favorable ALJ Decision" is DENIED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 19th day of November, 2013.


DATED: November 19, 2013

                                                              _/s/ Lawrence K. Baerman_
                                                              Clerk of Court


                                                           By: s/ Nicole Killius
                                                              Deputy Clerk